UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITY LIMITS INC.,                              :
                                                                        :
               Plaintiff,                              :   Case No. 21-CV-10124
                                                                        :
      -against-                                      :
                                                                        :
AVANGRID NETWORKS, INC., AVANGRID,    :   **NOTICE OF DISMISSAL**
INC., IBERDROLA S.A., PROSEGUR GESTIÓN de :
ACTIVOS, S.L., UNLIMITED TECHNOLOGY,   :
INC., CIPHER SECURITY, LLC, PROSEGUR    :
SECURITY MONITORING, INC. f/k/a VIEWPOINT :
CRM, INC., BLACK & VEATCH CORPORATION, :
DAVID LATHROP, JOHN ALLEN, TOM             :
FITZGERALD, ENRIQUE VICTOREO, ANTONIO  :
ASENJO MARTIN, ED BOUCAS, ANDRE VIERA  :
ROLIM, BILL REILLY, and JOHN DOES 1 TO 100, :
                                                                        :
               Defendants.                        :
------------------------------------------------------------------X

Plaintiff Security Limits Inc. hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  New York, New York
        February 9, 2022

                                Respectfully submitted,

                                CARTER LEDYARD & MILBURN LLP


                      By:   /s/ John M. Griem, Jr._____
                           John M. Griem, Jr.
                           Griem@clm.com
                           Jeffrey S. Boxer
                           Boxer@clm.com
                           2 Wall Street
                           New York, New York 10005
                           Tel: (212) 238-8659

11039009.1

*-and-*

THE LAW OFFICES OF PETER ADELMAN, LLC
Peter Adelman
padelman@theadelmanfirm.com
95 6th Avenue
Brooklyn, New York 11217
Tel: (718) 783-3500

*Attorneys for Plaintiff Security Limits Inc.*

11039009.1